# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Felicia Chevette Hall, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00259-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte Mecklenburg Board of Education | ) | |
| Charlotte Mecklenburg Schools, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 10, 2014 Order.

June 10, 2014

Frank G. Johns, Clerk
United States District Court